USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA, :
:
-against- :
:
ROLANDO BATISTA CAMILO, :
:
Defendant. :

------------------------------------------------------------ X

1:25-cr-330-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

A change of plea hearing in this matter will take place on July 28, 2026 at 10:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Batista and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: July 13, 2026
New York, New York

_____________________________
GREGORY H. WOODS
United States District Judge